*[Filed stamp: CLERK, U.S. DISTRICT COURT, NOV 20 2008, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>         v.<br><br>Francisco Nunez, Jr.<br>             Defendant. | Case No. 08-2857 M<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

On arrest warrant issued by the United States District Court for the ___SDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

```
 1    2.    The Court concludes:
 2          A.    (✓)  Defendant has failed to demonstrate by clear and
 3                     convincing evidence that he is not likely to pose
 4                     a risk to the safety of any other persons or the
 5                     community.  Defendant poses a risk to the safety
 6                     of other persons or the community based on:
 7                     _____
 8                     _____
 9                     _____
10                     _____
11                     _____
12          B.    ( )  Defendant has failed to demonstrate by clear and
13                     convincing evidence that he is not likely to flee
14                     if released.  Defendant poses a flight risk based
15                     on: _____
16                     _____
17                     _____
18                     _____
19                     _____
20
21          IT IS ORDERED that defendant be detained.
22
23    DATED:  11/20/08
24
25                                    HONORABLE JACQUELINE CHOOLJIAN
                                      United States Magistrate Judge
26
27
28
```